**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JUSTICE TRANSITIONS, INC,

     Plaintiffs,

v.                                                                    Case No. 3:26-CV-991-JEP-MCR

PUTNAM COUNTY, FLORIDA,

     Defendants.

_____

### Uniform Case Management Report

     The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1.  **Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

     Counsel for the parties initiated the planning conference on 7/13/2026. Adele Nicholas and Mark Weinberg for Plaintiffs and Susan Gale Gainey and Ramon Vazquez for Defendant have conferred by e-mail and telephone, and attended the conference.

2.  **Deadlines and Dates**

     The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 8/14/2026 |

| | | |
|---|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | | 10/01/2026 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | Plaintiff | 1/25/2027 |
| | Defendant | 3/1/2027 |
| | Rebuttal | 4/5/2027 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 5/24/2027 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | 12/21/2026 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 7/23/2027 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Gregg L. Wirtz<br>Gregg L. Wirtz, P.A.<br>329 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082<br>Tel: (904) 493-5001 | | 9/29/2027 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 12/17/2027 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 1/14/2028 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 2/18/2028 |
| Month and year of the trial term. | | 3/1/2028 |

The trial will last approximately 3 days and be

☒ jury.

☐ non-jury.

## 3. Description of the Action

Plaintiffs challenge the constitutionality of certain provisions of Section 28-3 of the Code of Ordinances of Putnam County. The Ordinance restricts the locations

where individuals who have been convicted of sexual offenses may reside in unincorporated Putnam County. Plaintiffs contend that the challenged provisions of the Ordinance violate the Fifth and Fourteenth Amendments to the United States Constitution. Defendant vehemently denies Plaintiff's claims.

## 4. Disclosure Statement

☐ Each party has filed a disclosure statement using the required form.

## 5. Related Action

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

## 6. Consent to a Magistrate Judge

"A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

## 7. Preliminary Pretrial Conference

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss the following:

enter discussion points.

## 8. Discovery Practice

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

## 9. Discovery Plan

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

    ☒ Yes.
    ☐ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: N/A.

C. Discovery should be conducted in phases:

    ☒ No.
    ☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

    ☒ No.
    ☐ Yes; describe the issue(s).

E. ☐ The parties state the following views and proposals on any issues about claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Rule 26(b)(5)(A), Federal Rules of Civil Procedure, and—if the parties agree on a procedure to assert these claims after production—whether to ask the Court to include

any agreement in an order under Rule 502(d), Federal Rules of Evidence: N/A.

    F.   The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

    ☒  No.
    ☐  Yes; describe the stipulation.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

    Dated: <u>July 17, 2026</u>

<u>/s/ *Mark G. Weinberg*</u>
Mark G. Weinberg, Esq.
*Pro Hac Vice*
Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, IL 60641
Primary e-mail:
mweinberg@sbcglobal.net

<u>/s/ *Ramon Vazquez*</u>
Ramon Vazquez, Esq.
Florida Bar No. 196274
Primary e-mail: rvazquez@roperpa.com
Secondary e-mail:
jmichaelsen@roperpa.com

Adele D. Nicholas, Esquire
*Pro Hac Vice*
Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, IL 60630
Primary e-mail:
adele@civilrightschicago.com

Susan G. Gainey, Esq.
Florida Bar No.: 1016477
Primary e-mail: sgainey@roperpa.com
Secondary e-mail:
mcuebas@roperpa.com

Roper, Townsend, Sutphen, P.A.
255 S. Orange Ave., Suite 750
Orlando, FL  32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Putnam County

6